# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00783-CV

**Gerald McMillan, Appellant**

**v.**

**Little City Investments, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-18-003384, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gerald McMillan appeals the trial court's interlocutory order expunging certain notices of lis pendens. On December 6, 2018, appellee Little City Investments, LLC, filed a motion to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3. McMillan has not filed a response to the motion explaining why this Court has jurisdiction. We agree that the appeal should be dismissed.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if allowed by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). The trial court has not signed a final judgment in this case, and we find no statutory authority for an appeal of an interlocutory order expunging notices of lis pendens. *See Smith v. Schwartz*, No. 02-15-00146-CV, 2015 WL 3645862, at *1 (Tex. App.—Fort Worth June 11, 2015, no pet.) (mem. op.) (dismissing

appeal for lack of jurisdiction because no statute allows appeal from interlocutory order expunging lis pendens); *Marks v. Starratt*, No. 14-09-00269-CV, 2009 WL 1312180, at *1 (Tex. App.—Houston [14th Dist.] May 7, 2009, no pet.) (mem. op.) (same).

Accordingly, we grant the motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   March 5, 2019